B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**International Technical Coatings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>86-0802110 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**110 South 41st Avenue**<br>**Phoenix, AZ**<br>ZIP Code **85009** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor  **Same as Debtor**<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **International Technical Coatings, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **International Technical Coatings, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Warren J. Stapleton**
Signature of Attorney for Debtor(s)

**Warren J. Stapleton  018646**
Printed Name of Attorney for Debtor(s)

**OSBORN MALEDON, P.A.**
Firm Name

**2929 N. Central Avenue
Suite 2100
Phoenix, AZ 85012**
Address

**602-640-9000  Fax: 602-640-9050**
Telephone Number

**November 18, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Caldwell**
Signature of Authorized Individual

**John Caldwell**
Printed Name of Authorized Individual

**Chairman**
Title of Authorized Individual

**November 18, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re   __International Technical Coatings, Inc.__            Case No. _____
                                              Debtor(s)            Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| TATA International Metals (Americas) Ltd<br>475 N. Martingale Road<br>Suite 400<br>Schaumburg, IL 60173 | TATA International Metals (Americas) Ltd<br>475 N. Martingale Road<br>Suite 400<br>Schaumburg, IL 60173 | Trade debt | Contingent<br>Unliquidated<br>Disputed | 2,610,199.69 |
| Performance Steel<br>817 South 7th St.<br>Las Vegas, NV 89101 | Performance Steel<br>817 South 7th St.<br>Las Vegas, NV 89101 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 1,423,846.25 |
| Ideal Welding Systems, LP<br>P.O. Box 6287<br>Rockford, IL 61125 | Ideal Welding Systems, LP<br>P.O. Box 6287<br>Rockford, IL 61125 | Trade debt | Contingent<br>Unliquidated<br>Disputed | 1,135,630.87 |
| EVRAZ Rocky Mountain Steel<br>CF&I Steel<br>P.O. Box 845877<br>Dallas, TX 75284 | EVRAZ Rocky Mountain Steel<br>CF&I Steel<br>P.O. Box 845877<br>Dallas, TX 75284 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 668,025.84 |
| C&F International Incorporated<br>16510 North Chase Drive<br>Houston, TX 77060 | C&F International Incorporated<br>16510 North Chase Drive<br>Houston, TX 77060 | Trade debt | Contingent<br>Unliquidated<br>Disputed | 667,786.12 |
| King Steel Corporation<br>P.O. Box 72034<br>Cleveland, OH 44192 | King Steel Corporation<br>P.O. Box 72034<br>Cleveland, OH 44192 | Trade debt | Contingent<br>Unliquidated<br>Disputed | 341,647.84 |
| Minute Men Inc.<br>Dept. 781648<br>P.O. Box 78000<br>Detroit, MI 48278 | Minute Men Inc.<br>Dept. 781648<br>P.O. Box 78000<br>Detroit, MI 48278 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 151,023.91 |
| Roehrenbeck Electric, Inc.<br>2525 English Rd.<br>Columbus, OH 43207 | Roehrenbeck Electric, Inc.<br>2525 English Rd.<br>Columbus, OH 43207 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 102,789.10 |
| Pacesetter Finishing Systems, Inc.<br>1707 Mulberry Cir.<br>Noblesville, IN 46062 | Pacesetter Finishing Systems, Inc.<br>1707 Mulberry Cir.<br>Noblesville, IN 46062 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 101,675.00 |

B4 (Official Form 4) (12/07) - Cont.
In re    International Technical Coatings, Inc.                                     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Team Eagle Logistics, Inc. 1776 N. Scottsdale Road #11008 Scottsdale, AZ 85271 | Team Eagle Logistics, Inc. 1776 N. Scottsdale Road #11008 Scottsdale, AZ 85271 | Trade Debt | Contingent Unliquidated Disputed | 92,161.00 |
| Keystone Consolidated Industries 75 Remittance Drive, Suite 3113 | Keystone Consolidated Industries 75 Remittance Drive, Suite 3113 Chicago, IL 60675 | Trade Debt | Contingent Unliquidated Disputed | 85,994.91 |
| Quinlan Law Firm 20 South Clark St. Suite 2900 Chicago, IL 60603 | Quinlan Law Firm 20 South Clark St. Suite 2900 Chicago, IL 60603 | Professional fees | Contingent Unliquidated Disputed | 80,136.29 |
| Vitracoat America, Inc. 2807 Marina Dr. Elkhart, IN 46514 | Vitracoat America, Inc. 2807 Marina Dr. Elkhart, IN 46514 | Trade Debt | Contingent Unliquidated Disputed | 68,032.30 |
| Stream Logistics 6895 E. Camelback Rd., Suite 126 Scottsdale, AZ 85251 | Stream Logistics 6895 E. Camelback Rd., Suite 126 Scottsdale, AZ 85251 | Trade Debt | Contingent Unliquidated Disputed | 52,050.00 |
| Integrated Logistic Services, Inc. 3500 Old Airport Rd. Wooster, OH 44961 | Integrated Logistic Services, Inc. 3500 Old Airport Rd. Wooster, OH 44961 | Trade Debt | Contingent Unliquidated Disputed | 47,955.00 |
| Hope Timber Pallet and Recycling, Inc. P.O. Box 502 Granville, OH 43023 | Hope Timber Pallet and Recycling, Inc. P.O. Box 502 Granville, OH 43023 | Trade Debt | Contingent Unliquidated Disputed | 41,416.20 |
| Traxit LLC P.O. Box 381465 Memphis, TN 38183 | Traxit LLC P.O. Box 381465 Memphis, TN 38183 | Trade Debt | Contingent Unliquidated Disputed | 40,709.23 |
| Eurolls S.P.A. Via Malignani 14-33040 Attimis, Udine, Italy | Eurolls S.P.A. Via Malignani 14-33040 Attimis, Udine, Italy | Trade Debt | Contingent Unliquidated Disputed | 38,089.57 |
| Gulf AZ Packing Corp. P.O. Box 2420 Huntington Beach, CA 92647 | Gulf AZ Packing Corp. P.O. Box 2420 Huntington Beach, CA 92647 | Trade Debt | Contingent Unliquidated Disputed | 35,242.58 |
| Valley Plating Works PO Box 911458 Los Angeles, CA 90091 | Valley Plating Works PO Box 911458 Los Angeles, CA 90091 | Trade Debt | Contingent Unliquidated | 34,961.92 |

In re    International Technical Coatings, Inc.                                        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 18, 2015**            Signature   **/s/ John Caldwell**
                                                  **John Caldwell**
                                                  **Chairman**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re   **International Technical Coatings, Inc.**                     Case No. _____
                                    Debtor
                                                                       Chapter _____11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Caldwell** | | 250000 | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 18, 2015**                    Signature  **/s/ John Caldwell**
                                                          **John Caldwell**
                                                          **Chairman**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                      18 U.S.C §§ 152 and 3571.

International Technical Coatings, Inc. -

C&F INTERNATIONAL INCORPORATED
16510 NORTH CHASE DRIVE
HOUSTON TX 77060


EUROLLS S.P.A.
VIA MALIGNANI
14-33040
ATTIMIS, UDINE, ITALY


EVRAZ ROCKY MOUNTAIN STEEL
CF&I STEEL
P.O. BOX 845877
DALLAS TX 75284


GULF AZ PACKING CORP.
P.O. BOX 2420
HUNTINGTON BEACH CA 92647


HOPE TIMBER PALLET AND RECYCLING, INC.
P.O. BOX 502
GRANVILLE OH 43023


IDEAL WELDING SYSTEMS, LP
P.O. BOX 6287
ROCKFORD IL 61125


INTEGRATED LOGISTIC SERVICES, INC.
3500 OLD AIRPORT RD.
WOOSTER OH 44961


KEYSTONE CONSOLIDATED INDUSTRIES
75 REMITTANCE DRIVE, SUITE 3113


KING STEEL CORPORATION
P.O. BOX 72034
CLEVELAND OH 44192


MINUTE MEN INC.
DEPT. 781648
P.O. BOX 78000
DETROIT MI 48278


PACESETTER FINISHING SYSTEMS, INC.
1707 MULBERRY CIR.
NOBLESVILLE IN 46062

International Technical Coatings, Inc. -

PERFORMANCE STEEL
817 SOUTH 7TH ST.
LAS VEGAS NV 89101


QUINLAN LAW FIRM
20 SOUTH CLARK ST.
SUITE 2900
CHICAGO IL 60603


ROEHRENBECK ELECTRIC, INC.
2525 ENGLISH RD.
COLUMBUS OH 43207


STREAM LOGISTICS
6895 E. CAMELBACK RD., SUITE 126
SCOTTSDALE AZ 85251


TATA INTERNATIONAL METALS (AMERICAS) LTD
475 N. MARTINGALE ROAD
SUITE 400
SCHAUMBURG IL 60173


TEAM EAGLE LOGISTICS, INC.
1776 N. SCOTTSDALE ROAD #11008
SCOTTSDALE AZ 85271


TRAXIT LLC
P.O. BOX 381465
MEMPHIS TN 38183


VALLEY PLATING WORKS
PO BOX 911458
LOS ANGELES CA 90091


VITRACOAT AMERICA, INC.
2807 MARINA DR.
ELKHART IN 46514

# United States Bankruptcy Court
## District of Arizona

In re   International Technical Coatings, Inc.                                Case No.
                                    Debtor(s)                                 Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **International Technical Coatings, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**John Caldwell**

☐ None [*Check if applicable*]

| | |
|---|---|
| **November 18, 2015** | /s/ **Warren J. Stapleton** |
| Date | **Warren J. Stapleton 018646** |
| | Signature of Attorney or Litigant |
| | Counsel for **International Technical Coatings, Inc.** |
| | **OSBORN MALEDON, P.A.** |
| | **2929 N. Central Avenue** |
| | **Suite 2100** |
| | **Phoenix, AZ 85012** |
| | **602-640-9000 Fax:602-640-9050** |

Joint Consent of the Board of Directors

of

**International Technical Coatings, Inc.**

WHEREAS its present financial circumstances mandate that a reorganization of the corporation is in the best interest of the company and its creditors,

BE IT RESOLVED that **International Technical Coatings, Inc.** be, and it hereby is, authorized immediately to file its petition under Chapter 11 of Title 11, U.S. Code, commencing voluntary proceedings in the United States Bankruptcy Court for the District of Arizona; and

BE IT FURTHER RESOLVED that either of John Caldwell, Chairman or Faruk Gole, CEO/President (each an "Officer") is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

BE IT FURTHER RESOLVED that the either Officer is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED that **International Technical Coatings, Inc.** is authorized and directed to employ the law firm of Osborn Maledon, P.A. to represent the corporation in such bankruptcy case.

This document may be executed in counterparts, which when taken together shall constitute an original.

Date 11/18/2015

John Caldwell, Chairman

Date 11/18/2015

Faruk Gole, CEO/President